UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONZELL JONES,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON COUNSEL'S CJA VOUCHER

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's Criminal Justice Act Voucher 113C. 0686713 issued by United States Magistrate Judge Alicia M. Otazo-Reyes on January 2, 2019 [ECF No. 912]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the CJA Voucher and that Arthur Louis Wallace, Esq., be paid a total sum of **$40,374.02**. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed, however, the Court notes Counsel's Notice of No Objection to Report of Magistrate (DE 912).

Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendations [ECF No. 912], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10 day of January, 2019.

                        JOSE E. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Arthur Louis Wallace, Esq
CJA Administrator